```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17553
   MARY C VILLAS
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-8582


---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/26/07 .

   2.  The case was dismissed without confirmation, 11/30/2007.

---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------------
EMC MORTGAGE CORP          CURRENT MORTG        .00            .00            .00
EMC MORTGAGE CORP          MORTGAGE ARRE  NOT FILED            .00            .00
HARLEM FURNITURE           SECURED        NOT FILED            .00            .00
WILL COUNTY TREASURER      SECURED        NOT FILED            .00            .00
CHASE MANHATTAN BANK USA   UNSECURED      NOT FILED            .00            .00
CHASE MANHATTAN BANK USA   UNSECURED      NOT FILED            .00            .00
CITIFINANCIAL              UNSECURED      NOT FILED            .00            .00
DEPENDON COLLECTION SERV   UNSECURED      NOT FILED            .00            .00
DISCOVER BANK              UNSECURED      NOT FILED            .00            .00
GEMB                       UNSECURED      NOT FILED            .00            .00
GEMB                       UNSECURED      NOT FILED            .00            .00
FEDERATED RETAIL HOLDING   UNSECURED      NOT FILED            .00            .00
FEDERATED RETAIL HOLDING   UNSECURED      NOT FILED            .00            .00
MONOGRAM BANK OF AMERICA   UNSECURED      NOT FILED            .00            .00
NICOR GAS                  UNSECURED      NOT FILED            .00            .00
RETAILERS NATL BANK        UNSECURED      NOT FILED            .00            .00
WELLS FARGO FINANCIAL IN   UNSECURED      NOT FILED            .00            .00
HARLEM FURNITURE           UNSECURED      NOT FILED            .00            .00
       Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED     PRIORITY   UNSECURED      OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00         .00         .00           .00
PRINCIPAL PAID        .00          .00         .00         .00           .00
INTEREST PAID         .00          .00         .00         .00           .00
TOTAL PAID            .00          .00         .00         .00           .00
The Debtor's attorney, THOMAS R HITCHCOCK              , was allowed $    .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.

Dated: 02/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                                                PAGE   2
        CASE NO. 07 B 17553 MARY C VILLAS